# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Benjamin Goodman and Adam Bloom <br> *Plaintiff* <br> v. <br> University of Delaware <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 1:12-cv-1698 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* University of Delaware c/o Dr. Patrick T. Harker, President, 104 Hullihen Hall, University of Delaware, Newark, DE  19716

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David L. Finger, Finger & Slanina, LLC, One Commerce Center, 1201 N. Orange St., 7th fl., Wilmington, DE  19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:     12/17/2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-CV-1698

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* UNIVERSITY OF DELAWARE
was received by me on *(date)* 12/17/12

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SANDY BUCHANAN (PROCESS AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* UNIVERSITY OF DELAWARE AT 104 HULLIHEN HALL  NEWARK, DE   on *(date)* 12/17/12

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/17/12

*Server's signature*

KEVIN S. DUNN
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
475-2600
*Server's address*

Additional information regarding attempted service, etc: