## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN GOODMAN and ADAM BLOOM, | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 12cv1698-RGA |
| v. | ) ) | |
| UNIVERSITY OF DELAWARE, | ) ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Benjamin Goodman and Adam Bloom ("Plaintiffs") and Defendant University of Delaware ("Defendant"), by an through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the time by which Defendant must answer, move or otherwise respond to Plaintiffs' Complaint is extended through and including January 23, 2013. The requested extension should not disrupt the schedule in the case, as a Rule 16 conference has not been scheduled in this matter.

FINGER & SLANINA, LLC

/s/ *David L. Finger*
David L. Finger (#2556)
One Commerce Center
1201 N. Orange Street
Wilmington, Delaware 19801
(302) 573-2525
dfinger@delawgroup.com
*Counsel for Plaintiffs*

January __, 2013

SAUL EWING LLP

/s/ *William E. Manning*
William E. Manning (#697)
Nichole C. Alling (#5577)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
(302) 421-6800
wmanning@saul.com
nalling@saul.com
*Counsel for Defendant University of Delaware*

January __, 2013

        SO ORDERED, this ___ day of January, 2013.

_____
United States District Judge Andrews