IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BENJAMIN GOODMAN, and : 
ADAM BLOOM, :
 :
      Plaintiffs, :
 :
  v. :   Civil Action No. 12-1698-RGA
 :
UNIVERSITY OF DELAWARE, :
 :
      Defendants. :

### ORDER SETTING RULE 16(b) CONFERENCE

1. A scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Friday, February 22, 2013, at 2:30 p.m.**, in the Chambers of Richard G. Andrews, Room 6325 of the Boggs Federal Building, 844 King Street, Wilmington, Delaware. Plaintiff's counsel shall coordinate a dial in number for all parties wishing to participate, but not physically being able to do so.

2. Parties shall use the "Rule 16 Order - non-patent" form of order, available on the Court's website, for the purpose of being prepared to provide the Court with agreed-upon dates that need to be scheduled. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order - non-patent."

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6137.

1-24-13
Date

_____
United States District Judge