

William E. Manning
Phone: (302) 421-6868
Fax: (302) 421-5865
WManning@saul.com
www.saul.com

February 20, 2013

**Via E-File and Hand Delivery**

The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9
Wilmington, DE 19801

Re: *Goodman and Bloom v. University of Delaware*
C. A. No. 1:12-CV-01698-RGA

Your Honor:

I represent the University of Delaware in this matter. Counsel are to meet with Your Honor at 2:30 this Friday, February 22, for a scheduling conference. The order which fixed that date requires that counsel, after conferring, submit their proposed schedule not less than 48 hours before the conference. I am simultaneously filing that proposed scheduling order a few hours late. I write to accept complete responsibility for the tardiness of that filing. Mr. Finger and I did, indeed, meet and confer earlier this week and it was my firm's additional thoughts which caused the proposed order to be tardy.

Respectfully,

William E. Manning (#697)

cc: David L. Finger, Esq. (#2556)

621302.1

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP