IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN GOODMAN and ADAM BLOOM, | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 1:12-CV-01698-RGA |
| v. | ) ) | |
| UNIVERSITY OF DELAWARE, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

I, Nichole C. Alling, Esquire, hereby certify that on the 14th day of March, 2013, a copy of *Defendant University of Delaware's Initial Disclosures* and this *Notice of Service* were served on the following counsel of record via hand delivery:

David L. Finger, Esquire
Finger, Slanina & Liebsman LLC
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801

SAUL EWING LLP

*/s/ Nichole C. Alling*
William E. Manning, Esquire (#697)
James D. Taylor, Jr., Esquire (#4009)
Nichole C. Alling, Esquire (#5577)
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6800
(302) 421-6813 (facsimile)
wmanning@saul.com
jtaylor@saul.com
nalling@saul.com
*Attorneys for Defendant University of Delaware*

*Of Counsel*:

Sherry H. Flax
SAUL EWING LLP
500 E. Pratt Street, Suite 900
Baltimore, MD 21202
Tele: (410) 332-8784
Fax: (410) 332-8785
SFlax@saul.com

March 14, 2013