IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN GOODMAN and ADAM BLOOM, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNIVERSITY OF DELAWARE, )<br>)<br>Defendant. ) | <br><br><br><br><br>C.A. No.  1:12-cv-1698-RGA |

## NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES

PLEASE TAKE NOTICE that on this 14th day of March, 2013, the undersigned caused a copy of Plaintiffs' Initial Disclosures to be served via first class mail, postage prepaid, and by e-mail, to the below-listed counsel of record:

> William E. Manning, Esq.
> Saul Ewing LLP
> P.O. Box 1266
> Wilmington, DE  19899

> /s/ David L. Finger_____
> David L. Finger (DE Bar ID #2556)
> Finger & Slanina, LLC
> One Commerce Center
> 1201 N. Orange Street, 7th floor
> Wilmington, DE 19801-1186
> (302) 573-2525
> Attorney for plaintiffs Benjamin Goodman and Adam Bloom

Dated: March 14, 2103