IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN GOODMAN<br>and ADAM BLOOM, | )<br>)<br>) | |
| Plaintiffs, | ) | C. A. No. 1:12-CV-01698-RGA |
| v. | )<br>) | |
| UNIVERSITY OF DELAWARE, | )<br>) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Nichole C. Alling, Esquire, hereby certify that on the 27th day of March, 2013 copies of *Defendant's Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents* and this *Notice of Service* were served on the following counsel of record via hand delivery:

David L. Finger, Esquire
Finger & Slanina LLC
One Commerce Center
1201 N. Orange Street
Wilmington, DE 19801

SAUL EWING LLP

/s/ *Nichole C. Alling*
Willam E. Manning, Esquire (#697)
Nichole C.. Alling, Esquire (#5577)
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6800
(302) 421-6813 (facsimile)
wmanning@saul.com
nalling@saul.com
*Attorneys for Defendant*