## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN GOODMAN and ADAM BLOOM, <br><br> Plaintiffs, <br> v. <br><br> UNIVERSITY OF DELAWARE, <br><br> Defendant. | C. A. No. 1:12-CV-01698-RGA |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant University of Delaware and Plaintiffs Benjamin Goodman and Adam Bloom, through their undersigned counsel, hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure this action is and shall be dismissed with prejudice with each party to bear its own attorneys' fees and costs.


FINGER & SLANINA, LLC

/s/ *David L. Finger*
David L. Finger (#2556)
One Commerce Center
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801
(302) 573-2525
(302) 652-8405 (facsimile)
dfinger@delawgroup.com

*Counsel for Plaintiffs*
*Benjamin Goodman and*
*Adam Bloom*

Dated: July 8, 2013

SAUL EWING LLP

/s/ *William E. Manning*
William E. Manning (#697)
Nichole C. Alling (#5577)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
(302) 421-6800
(302) 421-6813 (facsimile)
wmanning@saul.com
nalling@saul.com

*Counsel for Defendant*
*University of Delaware*